IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          CR 623-017
                                  )
JERMAINE MAURICE BROWN            )

_____

**O R D E R**

_____

After a careful, *de novo* review of the record, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**GRANTS** Defendant's motion to suppress fruits of the April 2021 vehicle search, (doc. no.

229), and **DENIES** Defendant's motion to suppress fruits of the March 2022 search of

Defendant's home and vehicle, (doc. no. 227).

SO ORDERED this _____5th_____ day of ____March____, 2025, at Augusta, Georgia.


_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA